IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**ROBERT E. ALLEN**                                                              **PLAINTIFF**

V.                                  **CASE NO. 3:16-CV-03098**

**JUDGE GORDON WEBB, Circuit
Court, Boone County, Arkansas; and
DEPUTY PROSECUTOR CHRISTOPHER
CARTER, Boone County, Arkansas**                            **DEFENDANTS**

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, **IT IS ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is instructed to put a 28 U.S.C. § 1915(g) strike flag on the case.

**IT IS SO ORDERED** on this 5th day of December, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE